United States District Court
Northern District of Illinois
Eastern Division

**RECEIVED**
NOV 29 2007
MICHAEL W. DOBBINS
S. DISTRICT COURT

Ron Haddad Jr.
vs.
River Forest police and
River Forest village

07CV6715
JUDGE CASTILLO
MAGISTRATE JUDGE MASON

CH

COMPLAINT: (I have multiple tapes of these threatening phone calls police do not want to police. I gave the police one too.)

After the successfully trapped (#57) threatening phone call number of 9/25/2007 was given to police from the phone company with customer consent included, the originally good, cooperative police investigation turned into a conspiracy to conceal the identity of the (tape-recorded-by-me) threatening caller, once enough time passed to allow police to put a name to the trapped phone number. This is 11/29/07, and police still have not gotten back to about: Status or outcome, identity, remaining or abated threats, or the identity of this caller.

Four phone calls were made to me on 9/25/07 after 10:00 pm and those calls included: Threats to injure and kill me, a message for me to tell my sister Vanessa Haddad to suck the callers' cock, confessions with accuracy to have surveilled my house, claims to having intercourse with my other sister Autumn Haddad and to have used a latter to peek-in-on-and-jerk-off-to my mother with accurate descriptions of my mother and following confessions included, I did some emotional prodding to try and expose the callers' secret motive, and I used past lawsuits of mine to do it. The caller hinted that case # 05 CV 5721 which I called to him "the Holly Smith Frame-up Case" was his motive, where he denied all other bait I gave him as motives for wanting to kill me "and fuck my sisters". The caller later changed his story or "profile" to being a paid assassin who is out to get me and will accept $300.00 taped to stop signs and vending machines from me to calm his boss down and not kill me. He asked me "how sexy Vanessa is doing" and repeatedly for Autumn's number and address. His ransom/extortion directions made no sense. When I prodded (or baited) him with my 07 CV1663 incident of maybe getting someone fried over the fake U.S. Marshal Return & Receipt, he said he was not afraid of U.S. Marshals "because he wipes his ass with U.S. Marshals every day" to show this callers' true drive to target me extortion and death-wise and my sisters sexually as he also said "he would not be the only one whos' fucked over" if my arrival at the ransom gets him surrounded by police, except that his ransom directions made no sense as he confused the park in front of my house that has a curve-street-border, with another park blocks away that has only grid-borders and never-before-I-knew vending machines.

I called the police and officer Jennifer Casey responded and took a report and helped me use *57 to trap the threatening call number. As she said, the case was turned over to detectives (Tim Carrol) and Carrol got back to me 9/30/07. Carrol told me to contact the annoying phone call bureau and follow their touch-tone-prompts to zero in on the trapped number for time, month, and day of my number and I did that and it worked. Customer consent was then given by my father to have the phone company forward their investigative results to police.

Since police had enough time to put a name to the phone number, they have stonewalled me and used answering machines and long-holds to keep me at bay. They don't want me to know anything about this threatening caller, including: any existing threats or not, identity, any outcome or conclusion, threat-assessment, and so on which legally means as far as me and my family are meant to know; the threat may be over with or growing ever-more with motivation which legally as far as threat-targets or outsiders know, puts the threat-targets at risk and at an informational disadvantage about their safety, and this is what "the powers that be" in River Forest condone and want.

I finally went in to see Tim Carrol at the station and he told me that on 10/17/07 it would take another week or so before he gets any results and then can get back to me. I told my visiting sister Autumn about this in early November of 2007 and had her talk to Carrol and Carrol told Autumn in early November 2007 the same he told me in 10/17/07. This cover-up not only displays wanton negligence and malice in protecting threatening callers of threats of violence extortion, surveillance and sexual violence, it also tells me "what they think of me" by siding with the caller and if this goes on unchallenged, River Forest and other jurisdictions may do this more often.

Because of the seriousness of this case, my pro-se status in 07CV1663 and now-in-Cook-County-07CV4026, the police, annoying phone call bureau and phone service records that have to be subpoenaed and overwhelming tape-recordings I have of these calls and such, I plead for appointment of counsel. MY DEMAND IS $7,000,000.00. I suspect a powerful and inside lawyer intervened on behalf of the threat-makers I also suspect, to shut me out and prevent the threat-makers from ever being identified or subject to just and official action.

In considering all factors though my main objects here are River Forest police and Village Administrations for siding with a recorded and traced EVEN SEXUAL phone-threat-extortionist by doing whatever they can to prevent my reported police case going forward inspite of my tapes and the traces.

Sincerely,
Ron Haddad Jr.
126 Park Ave.
River Forest, Illinois
60305

DATE: 11/29/2007