

**APPEARANCE FORM FOR PRO SE LITIGANTS**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Ron Haddad Junior
(Please print)

STREET ADDRESS: 126 Park Ave.

CITY/STATE/ZIP: River Forest, Illinois, 60305

PHONE NUMBER: 708 771 2660

CASE NUMBER: 07CV6715
— JUDGE CASTILLO
MAGISTRATE JUDGE MASON

_____          11/29/07
Signature                         Date