# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6715 | **DATE** | 11/30/2007 |
| **CASE TITLE** | Ron Haddad, Jr. Vs. River Forest Police, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's application to proceed in forma pauperis [4] is denied. The Court orders Plaintiff to file a reduced filing fee of $150 by 12/30/2007 to proceed with this lawsuit. Plaintiff's motion for appointment of counsel [5] is denied without prejudice.

■[ For further details see text below.]

Docketing to mail notices.

## STATEMENT

After a careful review of this recently filed pro se complaint and all the previous lawsuits referenced therein, this Court hereby denies Plaintiff's motion to proceed in forma pauperis. Plaintiff's prior filings with the Court indicate that he was sanctioned by the Court on the same day this lawsuit was filed. Additionally, the allegations contained in plaintiff's pro se complaint primarily related to Case No. 05 C 5721 and may have violated the settlement therein. In any event, because Plaintiff is living with his parents with minimal expenses, this Court concludes that he is able to pay a reduced court fee of $150 to proceed any further with this lawsuit. If plaintiff pays the reduced filing fee by 12/30/707, this lawsuit will proceed. If plaintiff does not pay the reduced filing fee by 12/30/2007, this case will be dismissed with prejudice for failure to prosecute. In the meantime, Plaintiff's motion for appointment of counsel will be denied without prejudice.

| | Courtroom Deputy Initials: | RO |
|---|---|---|