CH

Original

United States District Court
Northern District of Illinois
Eastern Division

# FILED

Ron Haddad Junior

VS.

River Forest Police and
Village of River Forest

DEC - 6 2007
DEC 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 CV 6715

Judge Castillo
Magistrate Judge
Nolan

## Memorandum In Support of Complaint:

In support of my 11/29/07 filed complaint of 07 CV 6715, I cite the U.S. District Court case Northern District of Illinois, Eastern Division case of Diane Klipfel and Micheal Casali VS. Chicago Police Department and Joseph Miedzianowski. Klipfel and Casali were A.T.F. agents who successfully sued the Chicago Police for aiding Miedzianowski by obstructing complaint investigations (via peer-silence and investigation prevention) brought by Klipfel and Casali who were terrorized by Miedzianowski and complained about Miedzianowski to Chicago Police. Miedzianowski was a Chicago Police officer, partnered with Klipfel and Casali on a joint city/federal task force into gangs, guns, and drugs.

Klipfel and Casali learned of Miedzianowski being corrupt and running his own guns, drugs, and drug-extortion-racket with the Maniac Latin Disciples street gang who bought guns and got drug protection from Miedzianowski. Miedzianowski tried to keep Klipfel and Casali quiet and in line with threatening phone calls, character-attacks and other harassment for what they knew about Miedzianowski and did not approve of. Klipfel and Casali brought this situation in complaint to Chicago Police and the Chicago Police protected Miedzianowski with peer-silence, stonewalling and investigation-prevention.

It was later revealed years later, in a separate federal criminal case, that Miedzianowski worked with the Maniac Latin Disciples to sell guns, drugs and do drug-extortion which involved threats, injury, and at least the concept of murder. This proof against Miedzianowski was revealed in the form of him and many others being indicted and convicted for the gun, drug, extortion, and violence crimes I refer to above. Miedzianowski's indictments and conviction on these charges only proved Klipfel's and Casali's earlier complaints to be true and resulted in Klipfel and Casali successfully suing the Chicago Police and Joseph Miedzianowski because the earlier stonewalling, investigation-prevention, and peer-silence for Miedzianowski was/is later proven to put Klipfel and Casali in harms way of a later-proven violent threat that Casali and Klipfel futilely complained to Chicago Police about years earlier.

This relates to and is good support for my lawsuit against River Forest police and River Forest village because the police protect the 9/25/07 threat-caller from identification upon enough time going by for a name to be put the traced number, just like the Chicago police protected Miedzianowski in being accused of terrorizing Klipfel and Casali and River Forest Village Administration has the same (and much less federal's authored) political element that Chicago has had for the past 17 years of condoning cover-up and putting hype and connection above truth, logic, right and wrong.

Klipfel and Casali sued on and won on the basis that Miedzianowski's terror campaign against them was protected by the stonewalling, peer-silence, investigation-preventing chicago police who were proven by later events and plaintiffs' victories, to be liable for putting Klipfel and Casali in harms way by aiding Miedzianowski by preventing Klipfel's and Casali's complaints about Miedzianowski from being investigated.

Therefore, I sue The River Forest Police and The Village of River Forest on the same basis on which Klipfel and Casali sued The Chicago Police and Joseph Miedzianowski, because as deliberate inaction by Chicago police is proven liable for putting Klipfel and Casali in harms' way, further proven by Miedzianowski being convicted later for (in a seperate case) similar charges in Klipfel's and Casali's earlier complaints to Chicago police with extreme violence also included in later revelations/convictions, the deliberate inaction by River Forest police puts me and my family in legally-proven-and-established real danger by River Forest police providing cover and investigation-prevention for the threatening caller in my 07 CV 6715 complaint. As proven with legal basis in the Klipfel/Casali vs. Chicago police case, The River Forest police legally subject me and my family to the same potential danger by siding with my threat-caller, that the Chicago police subjected Klipfel and Casali to, in siding with Miedzianowski who terrorized Klipfel and Casali. And given the content of the recorded 07 CV 6715 threatening calls and the fact that River Forest police in the spirit of "bring it on" and "what are you gonna do about it" deliberately tell me nothing of later status, identified caller threat assessment, and so on, myself and my family are in legally-potentially the same situation/danger that Diane Klipfel and Micheal Casali were put in by Chicago police deliberately not following up on Klipfel's and Casali's complaints of then-fellow Chicago police officer Joseph Miedzianowski terrorizing Klipfel and Casali only to be revealed by conviction later as a drug dealing, gun-running, drug-extorting violent corrupt cop who could have followed through on his years-earlier threats to Casali and Klipfel.

Unlike Klipfel and Casali, neither I or my family entered into any job or obligation that entails danger and criminal corruption as occupational hazards that "go with the territory." So in that sense the River Forest police doing to me with my threatening call report, is abit worse than what Chicago police did to Klipfel and Casali because I signed no contracts, made no agreements, or joined any official or unofficial agency or group, nor did my family, that would justify or midigate me or my family being subject to or expecting police-supported danger and threats to me or my family as a normal part of any job, service, or occupation.

Since original complaint is not ruled on yet and no service was effected, I ask this memorandum in support of my complaint be combined with the original complaint for service on defendants.

Sincerely, [signature]

Ron Hawldad Jr.
126 Park Ave.
River Forest, Illinois
60305
DATE: 12/3/2007