United States District Court
Northern District of Illinois
Eastern Division

CH

Ron Haddad Jr.

vs.

River Forest Police Department
and Village of River Forest

FILED 07CV6715
DEC 1 7 2007
Dec 17 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Judge Castillo
Magistrate Judge Nolan

## Motion to Vacate/Reverse 11/30/07 Order:

I plead for the 11/30/07 order denying my Pauper status petition and Appointment of Counsel to be reversed. My basis for this motion is: In spite of the fact I do live with my parents, I buy my own clothing and groceries, as well as car expenses and dry cleaning (RECIEPTS ENCLOSED) as my parents buy food and other for most others besides me and my oldest of my younger brothers within. I recently [illegible] for auto-repair on my mothers Neon which I almost exclusively drive and maintain. I also paid $20X.00 on two seperate occasions for gas under strenuous circumstances. My evidence here about my pauper status, demonstrates that even though I do live with my parents, I do not depend on them for food or clothing or various other expenses/mostly automotive, and those expenses are tantamount to rent I would otherwise be paying (like some other people) If my parents bought food and clothes and other expenses all for me, what I pay here proven by reciepts subtracts from overall expenses my parents would be paying If they provided all on reciept here and more for me. Funding this case myself would be a strain on me.

As for my denial of Appointment of Counsel, I have since called Sally H. Saltzberg of Loftus & Saltzberg, her partner Steven Fine, both in Chicago at 1 312 922 0855 and Mike Fiorentino at 1 312 835 0050, without success. Progress of my case relies on professional handeling including supeona of Annoyance Call Bureau records (proven on page 2) as well as police and phone service records. With all I detail here I plead for reversing the 11/30/07 order and grant my pauper status petition and Appointment of Counsel.

Sincerely,
Ron Haddad Jr.
726 Park Ave.
River Forest, Illinois
60305

12/11/07

AT&T Annoyance Call Bureau
2600 Camino Ramon

San Ramon, California 94583-5000

Oct 01, 2007

RONALD HADDAD
126 PARK AV
RIVER FOREST IL 60305

REF: 7087712660

Dear RONALD HADDAD

The AT&T Annoyance Call Bureau has completed our portion of the investigation on your annoyance call case. You no longer need to use *57 to trace the annoyance calls and please discontinue reporting dates and times.

On 10/01/2007 the AT&T Annoyance Call Bureau faxed a report to RIVER FOREST POLICE DEPT. for case number 077658, reflecting the calls matched to the dates and times of the annoyance calls you reported. It is important to note that the AT&T Annoyance Call Bureau can only release trapped/traced call information to the law enforcement agency due to privacy laws.

It is now up to RIVER FOREST POLICE DEPT. to work to identify and resolve the origin of the annoyance calls being received at your telephone number. Please contact the investigator assigned to your case directly for any further assistance in this matter.

Sincerely,


AT&T Annoyance Call Bureau

## WHOLE FOODS

7245 Lake Street
River Forest, IL 60305
(708) 366-1045
Store: 535

Cashier: Vanessa
12/01/07            21:36:21

```
HAN S ORG CH SP IT           5.99
    4 @ 1/ .10
BAG REFUND 1CT     NI        -.40 F
PND LICBAR 1.125OZ            .59
PND LICBAR 1.125OZ            .59
PND LICBAR 1.125OZ            .59
PND LICBAR 1.125OZ            .59
PND LICBAR 1.125OZ            .59
3650 MX BRWN 13 OZ           2.69
3650GGARBANZO15OZ             .99
SEA SCALLS 10-20CT           7.41 F

    SUBTOTAL               19.63
    2% Tax                   .40
    TOTAL                  20.03

CASH                       20.03
CHANGE                       .00

    NUMBER OF ITEMS            9
```

THANKS FOR SHOPPING AT
WHOLE FOODS MARKET
SATISFACTION GUARANTEED
GET 10 CENTS BACK FOR EVERY BAG RE-USED

WHOLEFOODSMARKET.COM
Trx:806   Reg:5   Cashier:139   21:36:23

---

## WHOLE FOODS

7245 Lake Street
River Forest, IL 60305
(708) 366-1045
Store: 535

Cashier: Alex
11/27/07            21:56:36

```
    4 @ 1/ .10
BAG REFUND 1CT     NI        -.40 F
HAN S ORG CH SP IT           5.99
365 OG CINN 1.9 OZ           2.99
MYNBRG GT MLK 32OZ           3.69 F
3650 MX YLW CKE17Z           2.69
RUDI ORGWHITEBR22Z           4.19

    SUBTOTAL               19.15
    2% Tax                   .39
    TOTAL                  19.54

CASH                       20.00
CHANGE                       .46

    NUMBER OF ITEMS            5
```

THANKS FOR SHOPPING AT
WHOLE FOODS MARKET
SATISFACTION GUARANTEED
GET 10 CENTS BACK FOR EVERY BAG RE-USED

WHOLEFOODSMARKET.COM
Trx:544   Reg:3   Cashier:136   21:56:37





```
        7245 Lake Street
      River Forest, IL 60305
         (708) 366-1045
            Store:535

Cashier: Alex
11/24/07                21:28:30

        4 @ 1/ .10
 BAG REFUND 1CT       NI       -.40 F
 C SLTD GOAT BTTR4.            3.99
 SEV BEL CHEVRE D 0            8.99
 GT OG KMBORGN 16OZ            3.39 F

        SUBTOTAL              15.97
          2% Tax                 .33
        TOTAL                 16.30


 CASH                         16.30
 CHANGE                         .00

     NUMBER OF ITEMS       3

         THANKS FOR SHOPPING AT
          WHOLE FOODS MARKET
         SATISFACTION GUARANTEED
  GET 10 CENTS BACK FOR EVERY BAG RE-USED

        WHOLEFOODSMARKET.COM
 Trx:616   Reg:4   Cashier:136   21:28:31
```



```
        7245 Lake Street
      River Forest, IL 60305
         (708) 366-1045
            Store:535

Cashier: Ryan
11/23/07                21:57:47

        4 @ 1/ .10
 BAG REFUND 1CT       NI       -.40 F
 GBBKNGCHOCOLA5.3OZ             3.99 F
 CHFAOGPPRNI14.25OZ             6.69
 CLIF CHOC HP 2.4Z              1.29
        1 @ 2/ 5.00
 CHX PIE SP 15 OZ               2.50 F
 365 GRL PWD 2.56OZ             2.99
 GT OG KMBORGN 16OZ             3.39 F
 WRORG8515GRNDBEEF              5.99

        SUBTOTAL              26.44
          2% Tax                 .54
        TOTAL                 26.98


 CASH                         27.00
 CHANGE                         .02

     NUMBER OF ITEMS       7

         THANKS FOR SHOPPING AT
          WHOLE FOODS MARKET
         SATISFACTION GUARANTEED
  GET 10 CENTS BACK FOR EVERY BAG RE-USED

        WHOLEFOODSMARKET.COM
 Trx:324   Reg:3   Cashier:118   21:57:48
```





(Rotated receipt, Whole Foods, 7245 Lake Street, River Forest, IL 60305, (708) 366-1045, Store:535. Cashier: Ryan, 11/25/07, 21:55:10.
4 @ 1/ .10
BAG REFUND 1CT  NI  -.40 F
HONEY NUT O 10.4OZ  4.19
AF MONT SPAG16Z  2.99
0.86 lb @ 1.49 /lb
CV RED GRAPEFRUIT  1.28 F
1 @ 3/ 4.00
CV HASS AVOCADOS  1.33
GT OG KMBORGN 16OZ  3.39 F
SUBTOTAL 12.78
2% Tax .26
TOTAL 13.04
CASH 15.00
CHANGE 1.96
NUMBER OF ITEMS 5
Trx:879  Reg:5  Cashier:118  21:55:11)

## Receipt 1

**WHOLE FOODS**

7245 Lake Street
River Forest, IL 60305
(708) 366-1045
Store:535

Cashier: Leticia
08/31/07                21:41:35

| Item | Price |
|---|---|
| TST PST CHOC 11 OZ | 3.39 |
| RUDI ORGWHITEBR22Z | 4.19 |
| WF CALMAG ZNC 90TB | 5.99 |
| MONTENEBRO AGED GO | 5.75 |
| 4 @ 1/ .10 | |
| BAG REFUND 1CT    NI | -.40 |

SUBTOTAL         18.92
2% Tax              .39
TOTAL            19.31

CASH             20.00
CHANGE             .69

NUMBER OF ITEMS   4

THANKS FOR SHOPPING AT
WHOLE FOODS MARKET
SATISFACTION GUARANTEED
GET 10 CENTS BACK FOR EVERY BAG RE-USED

WHOLEFOODSMARKET.COM
Trx:652   Reg:4   Cashier:127   21:41:36

## Receipt 2

**WHOLE FOODS**

7245 Lake Street
River Forest, IL 60305
(708) 366-1045
Store:535

Cashier: Julie
07/22/07                21:45:34

| Item | Price |
|---|---|
| 365 O FIG BAR12Z | 2.49 |
| 0.19 lb @ 6.99 / lb | |
| GP CRYS GINGER 1LB | 1.33 |
| GT OG KMB ORGN 160 | 3.39 |
| 4 @ 1/ .10 | |
| BAG REFUND 1CT    NI | -.40 |
| GEROLS MINWTR .8Z | 1.39 |
| SBC TRAD HRB 24OZ | 6.39 |
| 365 GRL PWD 2.56OZ | 2.99 |
| SC OG CH SYR 5Z | 2.99 F |

TOTAL            20.57
                   .39
Tax                .11
TOTAL            21.07

CASH             21.07
CHANGE             .00

NUMBER OF ITEMS   7

THANKS FOR SHOPPING AT
WHOLE FOODS MARKET
SATISFACTION GUARANTEED
GET 10 CENTS BACK FOR EVERY BAG RE-USED

WHOLEFOODSMARKET.COM
Trx:706   Reg:5   Cashier:115   21:45:35

## Receipt 3 (sideways)



7245 Lake Street
River Forest, IL 60305
(708) 366-1045
Store:535

Cashier: Samantha
09/12/07                21:39:55

| Item | Price |
|---|---|
| 4 @ 1/ .10 | |
| BAG REFUND 1CT    NI | -.40 |
| SP PANNA WTR 33.8Z | 1.99 |
| SP PANNA WTR 33.8Z | 1.99 |
| 365 O FIG BAR12Z | 2.69 |
| BEEF STRGNF 6.5 OZ | 2.59 F |
| CNO SWEET PEAS 15Z | 1.49 |
| WFORG6515GRNDBEEF | 5.99 |

SUBTOTAL         16.34
2% Tax             .33
TOTAL            16.67

CASH             16.67
CHANGE             .00

NUMBER OF ITEMS   6

THANKS FOR SHOPPING AT
WHOLE FOODS MARKET
SATISFACTION GUARANTEED
GET 10 CENTS BACK FOR EVERY BAG RE-USED

WHOLEFOODSMARKET.COM
Trx:389   Reg:2   Cashier:114   21:39:57



**PEPBOYS AUTO**
*Parts, Service and So Much More*

MELROSE PK
2600 NORTH AVENUE
MELROSE PARK, IL 60160
(708) 450-0140

Service Manager : HAMFRI RAHANA

| Name: | RONALD HADDAD | Year: | 1997 | Date : | 2007-05-04 |
| Address: | 126 PARK AVE | Make: | DODGE | Entered By: | victor beltran |
| City: | RIVER FOREST | Model: | NEON | Time In: | 14:25:05 |
| State: | IL | Engine: | 4-122 2.0L DOHC | Time Promised: | 2007-05-04 18:00:00 |
| Zip: | 60305-2040 | Vin No.: | | Old Parts Returned: | no |
| Home Phone: | (708)771-2680 | License No: | | | |
| Contact Phone: | | Mileage In / Out: | / | | |
| | | Color: | | | |

Storage Charges: If your car remains in our premises longer than 3 days after notification that repairs are completed, storage charges will begin at the rate of $10.00 per day.

I HEREBY AUTHORIZE PEP BOYS TO PERFORM THE REPAIRS ON THIS WORK ORDER AND TO FURNISH THE NECESSARY MATERIALS AND ITS EMPLOYEES TO OPERATE THE VEHICLE FOR PURPOSES OF INSPECTION, TESTING AND DELIVERY. I UNDERSTAND THAT ANY COST QUOTED IS AN ESTIMATE. I UNDERSTAND THAT UNLESS DIRECTLY CAUSED BY PEP BOYS, IT IS NOT RESPONSIBLE FOR ANY LOSS OR DAMAGE TO THE VEHICLE OR ITS CONTENTS; THAT THE VEHICLE MAY BE PARKED IN THE PEP BOYS PARKING LOT AND THAT VEHICLES ARE LEFT OVERNIGHT AT OWNER'S RISK.

Total Cost $ 32.47

| Parts $: | Labor $ : | Total $ : | Date and Time : | Labor Rate |
| 5.99 | 24.00 | 32.47 | 2007-05-04  14:25:05 | 84.00/88.00 |

You are entitled to a price estimate for the repairs you have authorized. The repair price may be less than the estimate, but will not exceed (1) any price limited estimate or (2) any parts and labor estimate by more than 10%. Additional repairs may not be performed without your consent. You may waive your right to a written estimate and require that you be notified if the price exceeds an amount you have specified.

You may waive your right to an estimate which gives the repair shop the ight to set the price without your permission.

Your signature will indicate your selection
(a) I request an estimate in writing before you begin repairs.

Signature: _____
(b) Please proceed with repairs but call me for approval before continuing if the price exceeds $

Signature: _____
(c) I do not want an estimate and you may set the price of repairs

Signature: _____

Date: _____ Time: _____

This estimated Price for authorized repairs will be honored if the motor vehicle is delivered to the facility within the time period agreed to by the consumer and motor repair facility.

YOU ARE ENTITLED BY LAW TO THE RETURN OF ALL PARTS REPLACED, EXCEPT THOSE WHICH ARE TOO HEAVY OR LARGE, AND THOSE REQUIRED TO BE SENT BACK TO THE MANUFACTURER OR DISTRIBUTOR BECAUSE OF WARRANTY WORK OR AN EXCHANGE AGREEMENT. YOU ARE ENTITLED TO INSPECT THE PARTS WHICH CAN NOT BE RETURNED TO YOU.

___ I DO NOT WANT REPLACED PARTS RETURNED TO ME
___ I REQUEST THE RETURN OF PARTS REPLACED

OIL DISCLAIMER - OIL LEVEL AND DRAIN PLUG CHECKED BY
_____

| TYPE | PART | DESCRIPTION | CODE | MECHANIC | QTY | EACH | TOTAL |

# WORK ORDER

**ACE Discount Muffler and Brakes**
125 S. 1st Ave, Maywood, IL 60153
Phone 708-344-4455

Page# 1
WORK ORDER# 637
DATE :04-13-2006

Customer #11093
PRISCILLA HADDAD
126 PARK RIVER FOREST
RIVER FOREST, IL, 60305

S/N
PO#
AGENT:

Parts: $75.95      Labor: $93.16      Taxes: $5.89      Delivery: $0.00      Fuel: $0.00

TOTAL = $175.00

**WORK PERFORMED**                              Hrs. Labor to date: 1.43323

04-13-2006:  PLYMOUNTH/NEON-94644 ML-2.0-1997-BLACK-6386232-
04-13-2006 @11:18:26:  - Client hours = 1.43323

**PARTS AND OTHER CHARGES**

| Qty | SKU number | Item Description | Unit | Extended |
|---|---|---|---|---|
| 1 | 199 | SIGNAL SWITCH | $75.95 | $75.95 |

IMPORTANT !

ACCEPTED BY: _____
You should have attached to this finished work order a sales receipt or invoice

# M & SONS
## AUTO SALES & REPAIR, INC.
700 W. LAKE STREET
MAYWOOD, ILLINOIS 60153
Phones: (708) 338-4402   (708) 338-4413
Fax: (708) 338-4416

# M & SONS
## AUTO SALES & REPAIR, INC.
700 W. LAKE STREET
MAYWOOD, ILLINOIS 60153
Phones: (708) 338-4402  (708) 338-4413
Fax: (708) 338-4416

Date: 10-29-07

Name: Ron Junior

Home Phone: (708) 771-2660

Year/Make/Model: 97 neon

Replace Dark brakes — 100.00

Total: 100.00

## Jewel-Osco

7525 W. LAKE STREET
RIVER FOREST, IL 60305

PREFERRED CUSTOMER          48506745887

11/30/07 21:47 3223 02 0358 125

Hello, I'm TOMMIE

```
         SDC MOR ROE 5.6Z    PC    3.49 B
SC 71*07016 PREFERRED SAVINGS       .20-B
    *** TAX         .07 BAL         3.36
         Cash                       3.36
         CHANGE                      .00
```

SAVINGS SUMMARY
-------------------
PREFERRED SAVINGS              1   $   .20

**TOTAL SAVINGS**
\* .20
*****************************
Total Number of Items Purchased = 1

* JEWEL-OSCO PREFERRED CUSTOMER *
/ You Saved      .20 Today By Using The
        Jewel Preferred Card

JEWEL-OSCO APPRECIATES YOUR BUSINESS!
JEWEL 708-771-0044  OSCO:708-771-4463

www.jewelosco.com

---

## WHOLE FOODS

7245 Lake Street
River Forest, IL 60305
(708) 366-1045
Store: 535

Cashier: Wendy
12/11/07            18:53:40

```
        4 @ 1/ .10
 BAG REFUND 1CT        NI       -.40 F
 MART OG APPL 25.4Z              3.29 F
 BEEF STRGNF 6.5 OZ              2.59 F
 ORGVLYSAUSMLD12Z                5.79
 MART OG APPL 25.4Z              3.29 F
 BEEF STRGNF 6.5 OZ              2.59 F
 SC OG CH SYR 15.5Z              3.59 F
 365 F/F PASTASA26Z              2.69
 CLIF PNT TFFEE2.4Z               .99
 CLIF PNT TFFEE2.4Z               .99
 CV POMEGRANATE                  2.49 F
 MNSTRN SOUP 14.5OZ              1.69
  0.98 lb @ 1.69 / lb
 CV RED GRAPEFRUIT               1.66 F
 ...........                      ....
 CLIF PNT TFFEE2.4Z               .99

         SUBTOTAL             38.23
         2% Tax                 .77
         TOTAL                39.00


         CASH                 40.00
         CHANGE                1.00

       NUMBER OF ITEMS   14
```

THANKS FOR SHOPPING AT
WHOLE FOODS MARKET
SATISFACTION GUARANTEED
GET 10 CENTS BACK FOR EVERY BAG RE-USED

WHOLEFOODSMARKET.COM
Trx:349   Reg:2   Cashier:116   18:53:42



## The Mister Shop
**NORTH RIVERSIDE PARK MALL**
7501 W. Cermak - North Riverside 60546 (708) 447-9674

☐ New Customer

Name: RON HADDAD

Address:

City: 708-771-2660   Zip:

| Amount Due Collect | Phone | Pick-up Date |
|---|---|---|
| Date: 5/23 | Sold by: P/1 | Amount Rec'd: 47— |

| | | |
|---|---|---|
| SUITS | | |
| SPORT COATS | | |
| SLACKS | | 89 | 50 |
| SPORT SHIRTS | | |
| DRESS SHIRTS | | |
| TIES | | |
| TOP COAT | | |
| JACKET | | |
| SHOES | | |
| SWEATERS | | |
| LEATHER | | |

PAYMENT REQUIRED ON ALL CHECKS

Charged by:

| AMOUNT | 89 | 50 |
|---|---|---|
| TAX | | |
| TOTAL | 96 | 89 |

No. 28599

Thank You

Merchandise for Credit or Exchange must be returned within Five Days.
Xmas returns by Jan. 6th.
$200.00 cancellation fee / Fitting fees.
NO REFUNDS OR CREDIT ON LAYAWAY PURCHASES. MERCHANDISE
THAT HAS BEEN ALTERED CAN NOT BE EXCHANGED. LAYAWAYS
CAN NOT BE HELD OVER 60 DAYS. PAYMENTS (MIN. $75.00)

---

## The Mister Shop
**NORTH RIVERSIDE PARK MALL**

Name:
Address:
City:

| | | | Amount Rec'd |
|---|---|---|---|
| SUITS | | | |
| SPORT CT | | | |
| SLACKS | | | |
| SPT SHIRTS | | | |
| DR SHIRTS | | | |
| TIES | | | |
| TOP CT | | | |
| JACKETS | | | |
| SHOES | | | |
| SWEATERS | | | |

X

Thank you

See conditions on reverse side

| AMOUNT | |
| TAX | |
| TOTAL | |

10829

## The Mister Shop
**NORTH RIVERSIDE PARK MALL**
7501 W. Cermak - North Riverside 60546 (708) 447-9674

Name: Ron HADDAD
Phone: 708-771-2660
Date: 5/23  Pickup: 9/1  Amount Rec'd: 47

| Item | Amount |
|---|---|
| SUITS | |
| SPORT COATS | |
| SLACKS | 89 50 |
| SPORT SHIRTS | |
| DRESS SHIRTS | |
| TIES | |
| TOP COAT | |
| JACKET | |
| SHOES | |
| SWEATERS | |
| LEATHER | |

AMOUNT 89 50
96 89

No. 45599

Merchandise for Credit or Exchange must be returned within Five Days.

NO REFUNDS OR CREDIT ON LAYAWAY PURCHASES. MERCHANDISE THAT HAS BEEN ALTERED CAN NOT BE RETURNED. LAYAWAYS CAN NOT BE HELD OVER 60 DAYS. PAYMENTS (MIN. $75.00)

---

## The Mister Shop
**NORTH RIVERSIDE PARK MALL**
708/447-9674

| Item | | Amount Received |
|---|---|---|
| SUITS | | |
| SPORT CT | | |
| SLACKS | | |
| SPT SHIRTS | | |
| DR SHIRTS | 1x | |
| TIES | | |
| TOP CT | | |
| JACKETS | | |
| SHOES | | |
| SWEATERS | | |

AMOUNT
TAX
TOTAL

Thank you
See conditions on reverse side

10829