## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6715 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Ron Haddad, Jr. Vs. River Forest Police, et al. | | |

**DOCKET ENTRY TEXT**

After careful review of Plaintiff's motion to vacate/reverse 11/30/07 Order [6], said motion is denied. Plaintiff has now had more than eight months to pay a reduced filing fee of $150.00. If this fee is not paid by 9/30/2008, this case will be dismissed with prejudice. This Court will appoint counsel for Plaintiff once the reduced filing fee is paid.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|